1
The Honorable John C. Coughenour

2

3

4

5
UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

6
SEATTLE DIVISION

7

JANA WILKINS,                                    ) Case No.: C02-977C

8                                                )
            Plaintiff,                           ) FINDINGS OF FACT AND CONCLUSIONS

9                                                ) OF LAW
        v.                                       )

10                                               )
FINANCIAL MARKET SOLUTIONS, INC., )

11  a Washington Corporation; Ed Laine, Claudia )
Laine, the marital community of Ed Laine and )

12  Claudia Laine; Robert Scott Wilson, Ceri   )
Wilson, and the marital community of Robert )

13  Scott and Ceri Wilson,                       )
                                                 )

14          Defendants                           )
                                                 )

15  _____ )

16          This matter was tried by the court, without a jury, on April 12-13, 2005. Plaintiff sought

17  unpaid wages from defendants Ed Laine and Robert Scott Wilson. The court entered judgment

18  for defendants at the close of trial. Plaintiff was represented by James W. Allen and J. Gary Nece

19  of Nece Allen, L.L.P.; defendants Laine were represented by Melissa Huelsman of the Law

20  Offices of Melissa Huelsman; defendants Wilson were represented by Michael Patrick McGinn

21  of Stokes Lawrence, P.S.

22          The court heard testimony from Jana Wilkins, Ed Laine, Robert Scott Wilson, and

23  Anthony Ellott and received documentary evidence from all parties. Having considered the

24  evidence received, and having heard the arguments of counsel, the court enters the following

25  findings of fact and conclusions of law:

[Plaintiff's Proposed] Findings of Fact and Conclusions
of Law
C02-977C- Page 1

**NECE ALLEN, L.L.P.**
2916 Professional Parkway, Suite 105
Augusta, Georgia 30907
(706) 650-7002

1                                **FINDINGS OF FACT**

2      1.     Plaintiff and defendants Ed Laine and Robert Scott Wilson are former employees

3             of Financial Market Solutions ("FMS"). FMS is no longer a defendant in this

4             matter.

5      2.     Mr. Laine and Mr. Wilson held management positions at FMS and were, at some

6             times, officers of the company.

7      3.     Mr. Eyup Saltik, not a party to this case, was the chief executive officer of FMS at

8             all times relevant to the claims in this case. Mr. Saltik, at all relevant times, had

9             authority and power over the payment of wages to plaintiff.

10     4.     Mr. Saltik made the decisions regarding payment of wages at FMS, including the

11            decision to withhold pay from plaintiff.

12     5.     Plaintiff was not paid her full contracted wages after April 2001 and was not paid

13            at all for her work after May 2001.

14     6.     Neither Mr. Laine nor Mr. Wilson had authority and/or power to control the

15            payment of wages to Ms. Wilkins during the period that she was unpaid. During

16            that period, the authority and/or power to control the payment of wages at FMS

17            was vested in Eyup Saltik.

18                              **CONCLUSIONS OF LAW**

19     1.     Ms. Wilkins was an employee of FMS and entitled to be paid her contracted

20            wages and those wages mandated by law.

21     2.     Mr. Wilson and Mr. Laine, however, were not "employers" of Ms. Wilkins within

22            the meaning of the Fair Labor Standards Act, 29 U.S.C. Sec. 203, and cannot be

23            liable to Ms. Wilkins for unpaid wages under that Act.

24

25

[Plaintiff's Proposed] Findings of Fact and Conclusions
of Law
C02-977C- Page 2

**NECE ALLEN, L.L.P.**
2916 Professional Parkway, Suite 105
Augusta, Georgia 30907
(706) 650-7002

1  3.  Mr. Wilson and Mr. Laine did not have sufficient authority and/or power over Ms.

2     Wilkins' employment and pay to render them liable for unpaid wages or double

3     damages under RCW 49.52.070.

4  4.  Ms. Wilkins cannot recover her unpaid wages from Mr. Wilson or Mr. Laine

5     under either state or federal law.

6

7  DATED this 20th day of April, 2005.

8

9

10

11  _____

12     United States District Judge

13

  Presented by:

14

  NECE ALLEN, L.L.P.

15

16

17  /S/ James W. Allen_____
  James W. Allen

18  J. Gary Nece

19    Attorney for plaintiff

20

21

22

23

24

25

[Plaintiff's Proposed] Findings of Fact and Conclusions
of Law
C02-977C- Page 3

**NECE ALLEN, L.L.P.**
2916 Professional Parkway, Suite 105
Augusta, Georgia 30907
(706) 650-7002